FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 APR 21 PM 1:58
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 110-282 |
| | * | |
| TYRIQUEZ L. MCFADDEN | * | |

O R D E R

On January 31, 2018, the Court revoked the term of supervised release on Defendant Tyriquez L. McFadden and sentenced him to serve 24 months in prison. It appears from the Bureau of Prisons website that McFadden was released from federal custody on December 4, 2019. There is currently no legal proceeding pending in this Court involving this Defendant.

On March 16, 2020, the Court received from Defendant a document captioned in the Georgia Supreme Court and titled "Notice of Motion and Motion to Intervene with an Injunction." (Doc. 53.) This document is almost fifty pages in length and smacks of Defendant's following and adherence to the sovereign citizen movement in that throughout the filing, Defendant illogically references the Uniform Commercial Code, property and lien laws, maritime law, and other commercial statutes and nomenclature that have no application to a federal criminal case. More importantly, the Court can discern no legally cognizable claim for relief in

this document.  Accordingly, the Clerk is directed to **TERMINATE** the motion attendant to this document.  From henceforth, the Clerk is directed to seek approval of the undersigned before filing any document from Defendant that bears the hallmark of the sovereign citizenship movement.  See Procup v. Strickland, 792 F.2d 1069, 1073-74 (11th Cir. 1986) ("Federal courts have both the inherent power and the constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions. . . . The court has a responsibility to prevent single litigants from unnecessarily encroaching on the judicial machinery needed by others." (cited source omitted).)

   **ORDER ENTERED** at Augusta, Georgia, this 21st day of April, 2020.

                                   _____
                                   J. RANDAL HALL, CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT
                                   SOUTHERN DISTRICT OF GEORGIA